ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 SEP 10 PM 2:22

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ANTHONY DWAYNE CRENSHAW (01) | 4-14-CR-197-Y |

## INDICTMENT

The Grand Jury Charges:

### Count One
Felon in Possession of Firearm
(Violation of 18 U.S.C. § 922(g)(1))

On or about April 8, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Anthony Dwayne Crenshaw**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, did knowingly possess in and affecting interstate commerce, a firearm, to wit, a Ruger, Model P345, .45 caliber semi-automatic pistol, bearing serial number 664-55819.

In violation of 18 U.S.C. § 922(g)(1).

**Indictment - Page 1**

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Anthony Dwayne Crenshaw** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to, the following: one Ruger, Model P345, .45 caliber semi-automatic pistol, bearing serial number 664-55819.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JOHN P. BRADFORD
Assistant United States Attorney
State Bar No. 02818300
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile:   817-252-5455

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

ANTHONY DWAYNE CRENSHAW (01)

INDICTMENT

18 U.S.C. § 922(g)(1)
Felon in Possession of Firearm

Forfeiture
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

A true bill rendered:

FORT WORTH                                    FOREPERSON

Filed in open court this 10th day of September, A.D. 2014.

Warrant to Issue

UNITED STATES MAGISTRATE JUDGE